Eric Mendez, et al.
                                    **Plaintiff,**
                    v.
Price Self Storage Holdings, LLC, et al.
                                    **Defendant.**

Civil No. 3:15-cv-02077-AJB-JLB

## PRO HAC VICE APPLICATION

Plaintiff Mendez and the Class
Party Represented

I, Patrick H. Peluso (Applicant) hereby petition the above entitled court to permit me to appear and participate in this case and in support of petition state:

My firm name: Woodrow & Peluso, LLC
Street address: 3900 E. Mexico Ave., Suite 300
City, State, ZIP: Denver, Colorado 80210
Phone number: 720-213-0676
Email: ppeluso@woodrowpeluso.com

That on 11/03/2014 (Date) I was admitted to practice before Supreme Court of Colorado (Name of Court)

and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I ☐ have)  ☒ have not) concurrently or within the year preceding this application made any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case _____
Case Number _____   Date of Application _____
Application: ☐ Granted   ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

_____
(Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Michael Robert Lozeau                              510-836-4200
(Name)                                             (Telephone)

Lozeau Drury LLP
(Firm)

410 12th Street, Suite 250          Oakland           94607
(Street)                            (City)            (Zip code)

_____
(Signature of Applicant)

I hereby consent to the above designation.

_____
(Signature of Designee Attorney)

**Pro Hac Vice** (For this one particular occasion)

An attorney who is not a member of the California State Bar, but who is a member in good standing of,