1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| ERIC MENDEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PRICE SELF STORAGE HOLDINGS, LLC, AND DOES 1-10,<br><br>Defendants. | CASE NO.  15-cv-02077-AJB-JLB<br><br>**ORDER SETTING SETTLEMENT STATUS CONFERENCE** |
|---|---|

Having considered the parties' Joint Notice of Settlement filed on January 15, 2016, as Docket Entry #24, the Court orders as follows:

The Status Hearing scheduled for January 21, 2016 is hereby vacated.

The Court hereby **GRANTS** a stay of all pending deadlines for forty-five (45) days from the date of this order.

///

///

///

///

A Settlement Status Conference is scheduled for **March 3, 2016 at 2:00 p.m. in Courtroom 3B**.  If a motion for preliminary approval of class action settlement has been filed prior to March 3, 2016, the Court will vacate the conference.

**IT IS SO ORDERED.**

Dated:  January 19, 2016

Hon. Anthony J. Battaglia
United States District Judge

TROUTMAN SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

Active 27818099

- 2 -

NOTICE OF CHANGE OF FIRM  3:11-CV-02828-DMS-BGS