Michael R. Lozeau (SBN 142893)
michael@lozeaudrury.com
Rebecca Davis (SBN 271662)
rebecca@lozeaudrury.com
**LOZEAU DRURY LLP**
410 12th Street, Suite 250
Oakland, CA 94607
Telephone: (510) 836-4200
Facsimile: (510) 836-4205

[Additional counsel appearing on signature page]

*Attorneys for Plaintiffs*
ERIC MENDEZ and the proposed class

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC MENDEZ, individually and on behalf of a class of similarly situated individuals,<br><br>  Plaintiff,<br>v.<br><br>PRICE SELF STORAGE MANAGEMENT, INC.,<br><br>  Defendant. | Case No. 3:15-cv-02077-AJB-JLB<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT**<br><br>Location: Courtroom 3B<br>Date: May 12, 2016<br>Time: 2:00 pm<br><br>The Honorable Anthony J. Battaglia |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on May 12, 2016, at 2:00 pm, in courtroom 3B or as soon thereafter as counsel may be heard by the above-entitled Court, located at 221 West Broadway, San Diego, CA 92101, in courtroom 3B, Plaintiff Eric Mendez will and hereby does move this Court for Preliminary Approval of a Class Action Settlement Agreement.

This motion is based upon this Notice of Motion, the accompanying Memorandum of Points and Authorities in Support of Plaintiff's Motion for Preliminary Approval of Class Action Settlement Agreement, the declaration of

Notice of Motion and Motion                                              Case No. 3:15-cv-02077-AJB-JLB
For Preliminary Approval of Class
Action Settlement Agreement

Steven Woodrow and accompanying exhibits, the Settlement Agreement, the records and files herein, and any such evidence as may be presented at the hearing of this motion.

Dated: March 7, 2016                    Respectfully Submitted,

Erik Mendez,
individually and on behalf of a class of similarly situated individuals,

 /s/ Michael R. Lozeau
One of Plaintiff's Attorneys

Michael R. Lozeau (SBN 142893)
michael@lozeaudrury.com
Rebecca Davis
rebecca@lozeaudrury.com
LOZEAU DRURY LLP
410 12th Street, Suite 250
Oakland, CA 94607
Telephone: (510) 836-4200
Facsimile: (510) 836-4205

Steven L. Woodrow*
(swoodrow@woodrowpeluso.com)
Patrick H. Peluso*
(ppeluso@woodrowpeluso.com)
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

Stefan Coleman, Esq.
LAW OFFICES OF STEFAN COLEMAN, LLC
201 S Biscayne Blvd, 28th Floor
Miami, Florida 33131
Telephone: (877) 333-9427
law@stefancoleman.com

*pro hac vice